# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## Case No. 8:14-cv-03083-EAK-AEP

**JOSHUA MATZKIN,**

        *Plaintiff*

v.

**VERIZON WIRELESS SERVICES, LLC**

        *Defendant*

## **JOINT NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that the parties have reached a Settlement Agreement in this matter, and expect that a Stipulation of Dismissal will be filed within 21 days, with each party to bear its own attorneys' fees and costs.

Dated: December 18, 2014　　　　　　Respectfully submitted,

| | |
|---|---|
| /s/ Anthony S. Bradlow | /s/ Robert J. Alwine |
| Anthony S. Bradlow, Esq. | Robert J. Alwine |
| Fla. Bar. No. 104904 | Fla. Bar No. 404179 |
| BOSS, ARRIGHI & HOAG, P.L. | ROBERT ALLEN LAW |
| 9800 Fourth Street North, Suite 402 | 1441 Brickell Avenue, Suite 1400 |
| St. Petersburg, Florida 33702 | Miami, Florida 33131 |
| Tel: 727-471-0039 | Telephone: (305) 372-3300 |
| | Facsimile: (305) 379-7018 |
| tbradlow@protectyourfuture.com | ralwine@robertallenlaw.com |
| cpservice@protectyourfuture.com | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of December, 2014, a true and correct copy of the foregoing was served via CM/ECF upon:

**Anthony S. Bradlow**
Boss, Arrighi & Hoag, P.L.
9800 Fourth Street North, Suite 402
St. Petersburg, Florida 33702
tbradlow@protectyourfuture.com
cpservice@protectyourfuture.com

*Counsel for Plaintiff*

/s/ Robert J. Alwine_____
Robert J. Alwine